Dismissed and Memorandum Opinion filed November 30, 2006








Dismissed
and Memorandum Opinion filed November 30, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00667-CV

______________

 

BILLY HOOD & ASSOCIATES, INC., Appellant

 

V.

 

BRADCO SUPPLY CORPORATION, Appellee

 



 

On Appeal from the
152nd District Court

Harris County,
Texas

Trial Court Cause
No. 05-57234-A

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 16, 2006.  On November 20, 2006, the parties
filed an agreed motion to dismiss the appeal because the case has been settled.
See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 30, 2006.

Panel consists of Chief Justice Hedges and Justices Yates and Seymore.